UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **Bilal Ali,**<br>4900 Westhills Road<br>Baltimore, Maryland 21299<br><br>   **Plaintiff**,<br><br>  v.<br><br>**Omnis Health Life LLC,**<br>c/o Vulcan Private Ventures, Inc.<br>221 N. Broad Street<br>Suite 3A<br>Middletown, Delaware 19709<br><br>**Rachel Wilson and Erika Wilson**<br>220 Ponce de Leon Place<br>Unit 512<br>Decatur, Georgia 30030<br><br>**Donald Wilson and Patrice Wilson**<br>162 Ponte Verdra Drive<br>Fayetteville, Georgia 30215<br><br>   **Defendants.** | Case No. _____ |

## Notice of Removal

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Omnis Health Life LLC ("Omnis"), Rachel Wilson, Erika Wilson, Donald Wilson, and Patrice[1] Wilson (collectively, the "Individual Defendants"), by counsel, appearing specially and without waiver of any defenses, file this Notice of Removal and hereby remove this action from the Circuit Court for the City of Baltimore, Case No. 24-C-20-004878 ("Baltimore City

---

[1] Patrice Wilson is incorrectly named as "Patricia" Wilson in the Complaint.

Action") to the United States District Court for the District of Maryland. As their reasons for removal, Defendants state as follows:

1. On February 5, 2021, Plaintiff Bilal Ali ("Plaintiff") served Omnis with the Writ of Summons and Complaint attached hereto as Exhibit 1.

2. The Complaint purports to assert claims under the Maryland Wage Payment Law as well as a claim for breach of contract and *quantum meruit*. No other pleadings or papers have been served on Omnis or the Individual Defendants in the Baltimore City Action.

3. Pursuant to 28 U.S.C. § 1332, federal district courts have original jurisdiction over all civil actions when the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and when the action is between citizens of different states.

4. For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of all of its members. *See, e.g.*, *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004).

5. The Complaint alleges that Plaintiff is seeking damages of no less than $93,000.00, accordingly, the amount in controversy requirement is met. *See* Compl. at ¶ 18.

6. Omnis is a limited liability company, and its sole member is Vulcan Private Ventures, Inc., a Delaware corporation with a principal address that is in Delaware. *See* Delaware Department of State Records, attached as Exhibit 2. Accordingly, Omnis is a Delaware citizen for purposes of diversity jurisdiction.

7. Plaintiff is a citizen of Maryland, and the Individual Defendants are citizens of Georgia. *See generally* Compl.

8. The Baltimore City Action may, therefore, be removed to this Court pursuant to 28 U.S.C. § 1441(a), because the amount in controversy exceeds $75,000; Omnis is a citizen of Delaware; and none of the Defendants are citizens of the same state as Plaintiff.

9. Additionally, pursuant to 28 U.S.C. § 1446(a), (b), and (d), the Baltimore City Action may be removed to this Court because this Court is the federal district court that includes the Circuit Court for the City of Baltimore within its jurisdiction.

10. This Notice of Removal is filed with this Court within 30 days after Plaintiff served the Complaint on the Defendants and before the deadline for the Defendants' filing of a responsive pleading has elapsed.

11. Attached is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the Clerk of the Circuit Court for the City of Baltimore, as required by 28 U.S.C. § 1446(d).

12. Attached is a copy of the Notice to Plaintiff of the Filing of Notice of Removal, which shall also be served on Plaintiff in accordance with 28 U.S.C. § 1446(a).

13. The required filing fee and an executed civil cover sheet accompany this Notice.

14. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

WHEREFORE, Defendants Omnis Health Life LLC, Rachel Wilson, Erika Wilson, Donald Wilson, and Patrice Wilson respectfully request that the Clerk note that the Baltimore City Action has been removed from the Circuit Court for the City of Baltimore to the United States District Court for the District of Maryland, and that all proceedings hereafter shall take place in the United States District Court for the District of Maryland.

Dated: February 22, 2021

Respectfully submitted,

By: */s/ Todd A. Bromberg*
Todd A. Bromberg (Bar. No. 18925)
Olauluwaposi O. Oshinowo (*Pending admission*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone:  (202) 719-7000
Facsimile:  (202) 719-7049
tbromberg@wiley.law
ooshinowo@wiley.law

***Attorneys for Defendants Omnis Health Life, LLC, Donald Wilson, Patrice Wilson, Rachel Wilson, and Erika Wilson***

# **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of February 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system and that, thereafter, I caused a copy of the same to be served via U.S. Mail, postage prepaid, on:

>Kerry J. Davidson, Esq.
>300 E. Lombard Street
>Suite 840-112
>Baltimore, Maryland 21202
>Tel: 240.394.6330
>Fax: 866.920.1535
>
>*Counsel for Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on February 22, 2021, a copy of the foregoing Notice of Removal was served via hand delivery upon the following:

>Clerk of Court
>Circuit Court for the City of Baltimore
>100 N Calvert St, Baltimore, Maryland 21202

By: */s/ Todd A. Bromberg*
Todd A. Bromberg (Bar. No. 18925)
Olauluwaposi O. Oshinowo (*Pending admission*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
tbromberg@wiley.law
ooshinowo@wiley.law

***Attorneys for Defendants Omnis Health Life, LLC, Donald Wilson, Patrice Wilson, Rachel Wilson, and Erika Wilson***