CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

# WRIT OF SUMMONS (Private Process)

Case Number: 24-C-20-004878 OT
CIVIL

Bilal Ali vs Omnis Health Life LLC, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: OMNIS HEALTH LIFE LLC
2200 Garrison Blvd.
Baltimore, MD 21216

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Bilal Ali
4900 Westhills Road
Baltimore, MD 21229

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 12/07/20

Marilyn Bentley
Clerk of the Circuit Court per EPM

CIRCUIT COURT FOR BALTIMORE CITY 1983

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

WRIT OF SUMMONS (Private Process)

Case Number: 24-C-20-004878 OT
CIVIL

Bilal Ali vs Omnis Health Life LLC, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: RACHEL WILSON
220 Ponce De Leon Place
Unit 512
Decatur, GA 30030

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Bilal Ali
4900 Westhills Road
Baltimore, MD 21229

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 12/07/20

Marilyn Bentley
Clerk of the Circuit Court per

CIRCUIT COURT FOR BALTIMORE CITY 1983

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

# WRIT OF SUMMONS (Private Process)

Case Number: 24-C-20-004878 OT
CIVIL

Bilal Ali vs Omnis Health Life LLC, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: ERIKA WILSON
220 Ponce De Leon Place
Unit 512
Decatur, GA 30030

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Bilal Ali
4900 Westhills Road
Baltimore, MD 21229

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 12/07/20

Marilyn Bentley
Clerk of the Circuit Court, per EPM

CIRCUIT COURT FOR BALTIMORE CITY 1983

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

IN THE CIRCUIT COURT OF MARYLAND
FOR BALTIMORE CITY

BILAL ALI
4900 Westhills Road
Baltimore, MD 21229

*Plaintiff,*

v.

OMNIS HEALTH LIFE LLC
2200 Garrison Blvd.
Baltimore, MD 21216

and

RACHEL WILSON and ERIKA WILSON
220 Ponce de Leon Place
Unit 512
Decatur, GA 30030

and

DONALD WILSON and PATRICIA WILSON
162 Ponte Verdra Drive.
Fayetteville, GA 30215-8040

*Defendants.*

Case No.: 24-C-20-004878

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff Bilal Ali ("Mr. Ali") worked for the Defendant Omnis Health Life, LLC ("Omnis") as an Executive Director from May 9, 2017 until August 14, 2019 ("Employment Period").

2. Mr. Ali began the Employment Period after signing one or more employment agreements with Defendants that included a memorandum of understanding ("MOU") dated May 9,

2017 and being sent a job description document on or about April 5, 2017 setting the salary of Executive Director at $93,000.00.   Attachments 1-2.

3. Donald Wilson is the majority owner of Omnis.

4. Patricia Wilson, his wife, acts as the Chief Financial Officer of Omnis.

5. Rachel Wilson, daughter of Donald and Patricia Wilson, acts as a Chief Executive Officer of Omnis.

6. Erika Wilson, daughter of Donald and Patricia Wilson, acts as a Director of Human Relations at Omnis.

7. The individual Defendants Rachel Wilson, Donald Wilson, Patricia Wilson, and Erika Wilson ("Wilson Defendants") were family members and owners and/or executives of Omnis who made all of the relevant decisions about Bilal's hiring, compensation, and termination.

8. The MOU provided for Mr. Ali to receive an immediate stipend of $3,000.00 per month, but expressly provided that after six months of employment, another contract providing for the details of contemplated salary would be signed, and would include equity and bonus compensation.

9. The parties could not have reasonably contemplated that Mr. Ali, who has a doctorate and specialized training in the area of drug rehabilitation, would voluntarily choose to work for Omnis beyond the anticipated six months while receiving only the stipend as compensation, given Mr. Ali's credentials, the salary he could command in the market, and the market value of the services he performed for Omnis.

10. During the Employment Period, Mr. Ali would inquire about the finalization of his salary package, but his requests for action were repeatedly stonewalled by the Defendants.

11. Mr. Ali continued his employment, performing the duties of an Executive Director, until August 14, 2019, receiving only the stipend as compensation.

12. The parties mutually terminated the MOU and employment relationship on August 14, 2019, after the Defendant Erika Wilson attempted to unilaterally revoke the MOU via email, at which point Mr. Ali knew that Defendants had no intention to pay him his salary and terminated the relationship with Defendant Omnis.

13. The MOU executed and performed violated Maryland wage laws, in that it did not set regular pay periods for payment of the salary (Md. Labor and Employment, §3-502), and did not pay Mr. Ali salary owed upon his August 14, 2019 termination date (Md. Labor and Employment, §3-505).

did not pay Mr. Ali salary owed upon his August 14, 2019 termination date (Md. Labor and Employment, §3-505).

15. Mr. Ali is thus due three times his unpaid wages from November 9, 2017 through his termination date on August 14, 2019, plus reasonable counsel fees and other costs. Md. Labor and Employment, § 3-507.2.

16. Each Wilson Defendant named in this Complaint is personally liable for violations of this law as an "employer" under Maryland Wage law, because he or she played a seminal role in the decision not to pay Mr. Ali his wages. See Campusano v. Lusitano Construction, LLC, 200 Md. App. 29 (2012).

COUNT TWO – BREACH OF CONTRACT

17. Plaintiff incorporates the preceding paragraphs into this Count.

18. Defendant Omnis breached its contract to pay Bilal Ali's $93,000.00 salary, along with anticipated equity and bonuses as discussed in the MOU, for services rendered during the Employment Period.

COUNT THREE – QUANTUM MERUIT

19. Plaintiff incorporates the preceding paragraphs into this Count.

20. To the extent a fully integrated contract between Mr. Ali and Defendant Omnis did not exist or cannot be enforced, Bilal Ali is owed the reasonable value of services rendered as Executive Director during the employment period, which far exceeds his stipend.

/s/Kerry J. Davidson

Kerry J. Davidson, Esq.
Law Office of Kerry Davidson
300 E. Lombard Street, Suite 840-112
Baltimore, MD   21202
Email  kerry@kjdavidsonlaw.com
Tel: (240) 394-6330
Fax: (866) 920-1535
Bar No.: 456431
November 4, 2020

I VERIFY, UNDER PENALTY OF PERJURY, THAT THE FOREGOING FACTS ARE TRUE AND CORRECT UPON PERSONAL KNOWLEDGE.

Bilal Ali    11-4-20
Bilal Ali       Date

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

W R I T O F S U M M O N S ( P r i v a t e P r o c e s s )

Case Number: 24-C-20-004878 OT
C I V I L

Bilal Ali vs Omnis Health Life LLC, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: OMNIS HEALTH LIFE LLC
2200 Garrison Blvd.
Baltimore, MD 21216

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Bilal Ali
4900 Westhills Road
Baltimore, MD 21229

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 12/07/20

Marilyn Bentley
Clerk of the Circuit Court per

CIRCUIT COURT FOR BALTIMORE CITY 1983

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

# WRIT OF SUMMONS (Private Process)

Case Number: 24-C-20-004878 OT
CIVIL

Bilal Ali vs Omnis Health Life LLC, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: RACHEL WILSON
220 Ponce De Leon Place
Unit 512
Decatur, GA 30030

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Bilal Ali
4900 Westhills Road
Baltimore, MD 21229

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 12/07/20

Marilyn Bentley
Marilyn Bentley
Clerk of the Circuit Court, per EPM

(Seal: CIRCUIT COURT FOR BALTIMORE CITY 1983)

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389

# WRIT OF SUMMONS (Private Process)

Case Number: 24-C-20-004878 OT
CIVIL

Bilal Ali vs Omnis Health Life LLC, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

To: ERIKA WILSON
220 Ponce De Leon Place
Unit 512
Decatur, GA 30030

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached Complaint filed by: Bilal Ali
4900 Westhills Road
Baltimore, MD 21229

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 12/07/20

Marilyn Bentley
Clerk of the Circuit Court per

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

IN THE CIRCUIT COURT OF MARYLAND
FOR BALTIMORE CITY

BILAL ALI )
4900 Westhills Road
Baltimore, MD 21229 )

*Plaintiff,*

v. ) Case No.: 24-C-20-004878

OMNIS HEALTH LIFE LLC
2200 Garrison Blvd.
Baltimore, MD 21216 )

and

RACHEL WILSON and ERIKA WILSON
220 Ponce de Leon Place )
Unit 512
Decatur, GA 30030

and )

DONALD WILSON and PATRICIA WILSON )
162 Ponte Verdra Drive.
Fayetteville, GA 30215-8040 )

*Defendants.* )

---

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff Bilal Ali ("Mr. Ali") worked for the Defendant Omnis Health Life, LLC ("Omnis") as an Executive Director from May 9, 2017 until August 14, 2019 ("Employment Period").

2. Mr. Ali began the Employment Period after signing one or more employment agreements with Defendants that included a memorandum of understanding ("MOU") dated May 9,

2017 and being sent a job description document on or about April 5, 2017 setting the salary of Executive Director at $93,000.00. Attachments 1-2.

3. Donald Wilson is the majority owner of Omnis.

4. Patricia Wilson, his wife, acts as the Chief Financial Officer of Omnis.

5. Rachel Wilson, daughter of Donald and Patricia Wilson, acts as a Chief Executive Officer of Omnis.

6. Erika Wilson, daughter of Donald and Patricia Wilson, acts as a Director of Human Relations at Omnis.

7. The individual Defendants Rachel Wilson, Donald Wilson, Patricia Wilson, and Erika Wilson ("Wilson Defendants") were family members and owners and/or executives of Omnis who made all of the relevant decisions about Bilal's hiring, compensation, and termination.

8. The MOU provided for Mr. Ali to receive an immediate stipend of $3,000.00 per month, but expressly provided that after six months of employment, another contract providing for the details of contemplated salary would be signed, and would include equity and bonus compensation.

9. The parties could not have reasonably contemplated that Mr. Ali, who has a doctorate and specialized training in the area of drug rehabilitation, would voluntarily choose to work for Omnis beyond the anticipated six months while receiving only the stipend as compensation, given Mr. Ali's credentials, the salary he could command in the market, and the market value of the services he performed for Omnis.

10. During the Employment Period, Mr. Ali would inquire about the finalization of his salary package, but his requests for action were repeatedly stonewalled by the Defendants.

11. Mr. Ali continued his employment, performing the duties of an Executive Director, until August 14, 2019, receiving only the stipend as compensation.

12. The parties mutually terminated the MOU and employment relationship on August 14, 2019, after the Defendant Erika Wilson attempted to unilaterally revoke the MOU via email, at which point Mr. Ali knew that Defendants had no intention to pay him his salary and terminated the relationship with Defendant Omnis.

13. The MOU executed and performed violated Maryland wage laws, in that it did not set regular pay periods for payment of the salary (Md. Labor and Employment, §3-502), and did not pay Mr. Ali salary owed upon his August 14, 2019 termination date (Md. Labor and Employment, §3-505).

did not pay Mr. Ali salary owed upon his August 14, 2019 termination date (Md. Labor and Employment, §3-505).

15. Mr. Ali is thus due three times his unpaid wages from November 9, 2017 through his termination date on August 14, 2019, plus reasonable counsel fees and other costs. Md. Labor and Employment, § 3-507.2.

16. Each Wilson Defendant named in this Complaint is personally liable for violations of this law as an "employer" under Maryland Wage law, because he or she played a seminal role in the decision not to pay Mr. Ali his wages. See Campusano v. Lusitano Construction, LLC, 200 Md. App. 29 (2012).

COUNT TWO – BREACH OF CONTRACT

17. Plaintiff incorporates the preceding paragraphs into this Count.

18. Defendant Omnis breached its contract to pay Bilal Ali's $93,000.00 salary, along with anticipated equity and bonuses as discussed in the MOU, for services rendered during the Employment Period.

COUNT THREE – QUANTUM MERUIT

19. Plaintiff incorporates the preceding paragraphs into this Count.

20. To the extent a fully integrated contract between Mr. Ali and Defendant Omnis did not exist or cannot be enforced, Bilal Ali is owed the reasonable value of services rendered as Executive Director during the employment period, which far exceeds his stipend.

/s/Kerry J. Davidson

Kerry J. Davidson, Esq.
Law Office of Kerry Davidson
300 E. Lombard Street, Suite 840-112
Baltimore, MD 21202
Email kerry@kjdavidsonlaw.com
Tel: (240) 394-6330
Fax: (866) 920-1535
Bar No.: 456431
November 4, 2020

I VERIFY, UNDER PENALTY OF PERJURY, THAT THE FOREGOING FACTS ARE TRUE AND CORRECT UPON PERSONAL KNOWLEDGE.

Bilal Ali 11-4-20

Bilal Ali Date