UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **Bilal Ali,** <br><br> **Plaintiff**, <br><br> v. <br><br> **Omnis Health Life LLC** *et al.*, <br><br> **Defendants.** | Case No. 1:21-cv-00441-ELH |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Omnis Health Life LLC, Rachel Wilson, Erika Wilson, Donald Wilson, and Patrice Wilson[1], by counsel, respectfully move for dismissal of the Complaint filed by Plaintiff Bilal Ali within its entirety and with prejudice for the reasons set forth in the Memorandum in Support of Defendants' Motion to Dismiss filed contemporaneously herewith.

Dated: March 1, 2021

Respectfully submitted,

By: /*s*/ Todd A. Bromberg
Todd A. Bromberg (Bar. No. 18925)
Olauluwaposi O. Oshinowo (*Admitted Pro Hac Vice*)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
tbromberg@wiley.law
ooshinowo@wiley.law

*Attorneys for Defendants Omnis Health Life, LLC, Donald Wilson, Patrice Wilson, Rachel Wilson, and Erika Wilson*

---

[1] Patrice Wilson is incorrectly named as "Patricia" Wilson in the Complaint.

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of March 2021, a true and correct copy of the foregoing document was filed with the Clerk of Court via the CM/ECF system, which caused a copy of the same to be served on the following:

>Kerry J. Davidson, Esq.
>300 E. Lombard Street
>Suite 840-112
>Baltimore, Maryland 21202
>Tel: 240.394.6330
>Fax: 866.920.1535
>
>*Counsel for Plaintiff*

>By: */s/* Todd A. Bromberg
>Todd A. Bromberg (Bar. No. 18925)
>Olauluwaposi O. Oshinowo (*Admitted Pro Hac Vice*)
>WILEY REIN LLP
>1776 K Street NW
>Washington, DC 20006
>Telephone: (202) 719-7000
>Facsimile: (202) 719-7049
>tbromberg@wiley.law
>ooshinowo@wiley.law
>
>*Attorneys for Defendants Omnis Health Life, LLC, Donald Wilson, Patrice Wilson, Rachel Wilson, and Erika Wilson*